IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DR. DONALD WEGENER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:13-cv-00717 |
| PEERLESS INDEMNITY INSURANCE COMPANY AND HAWKEYE-SECURITY INSURANCE, | ) ) ) ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

Plaintiff Dr. Donald Wegener and Defendants Peerless Indemnity Insurance Company and Hawkeye-Security Insurance, having fully resolved all disputes between them, jointly request this Court to DISMISS this matter and the Plaintiff's claims with prejudice. Costs are taxed to Defendants.

IT IS SO ORDERED.

Entered this 20th day of March, 2015.

PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ John R. Wingo
John R. Wingo (BPR #16955)
STITES & HARBISON, PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219
Phone: 615.782.2263
Fax: 615.742.4106
john.wingo@stites.com
*Counsel for Defendants, Peerless Indemnity Insurance Company and Hawkeye-Security Insurance Company*

and

s/ Albert J. Harb
Albert J. Harb (BPR #06906)
HODGES, DOUGHTY & CARSON, PLLC
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869
Telephone: 865-292-2307
Facsimile: 865-292-2321
aharb@hdclaw.com

*Counsel for Plaintiff, Dr. Donald Wegener*

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2015, a true and accurate copy of the foregoing was filed with the Clerk's office via CM/ECF and sent via Email to:

Albert J. Harb, Esq.
HODGES, DOUGHTY & CARSON, PLLC
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869

s/ John R. Wingo

1104838:2:NASHVILLE

2

Case 3:13-cv-00717-PLR-CCS   Document 10   Filed 03/18/15   Page 2 of 2   PageID #: 40
Case 3:13-cv-00717-PLR-CCS   Document 11   Filed 03/20/15   Page 2 of 2   PageID #: 42